Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ashlyn Saenz-Ochoa
Assistant Federal Public Defender
New Mexico State Bar No. 161658
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ashlyn_Saenz-Ochoa@fd.org

*Attorney for Petitioner Franco Ramos Juan Manuel

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Franco Ramos Juan Manuel,

Petitioner,

v.

Todd Blanche, et al.,

Respondents.

Case No. 2:26-cv-02778-APG-BNW

**Stipulation and Order for Extension of Time to File First Amended § 2241 Petition**

**(First Request)**

Petitioner and Respondents, through their undersigned counsel, hereby stipulate and jointly request that the court extend the due date for Petitioner's first amended petition by four days, up to and including October 2, 2026. This is the first request for an extension of time.

Petitioner filed this petition for writ of habeas corpus under 28 U.S.C. § 2241 on September 2, 2026.[1] This Court appointed the Office of the Federal Public Defender to represent Petitioner on September 2, 2026.[2] Undersigned counsel appeared on September 14, 2026.[3] This Court directed the FPD to file an amended petition within 14 days from the date of appearance.[4] Therefore, Petitioner's amended petition is due on September 28, 2026. For the reasons explained below, the parties now enter into this Stipulation requesting a four day extension of time for Petitioner to file his amended petition.

Counsel for Petitioner has been diligently working on completing Petitioner's amended petition. Undersigned counsel met with Petitioner via video visit on September 21, 2026. Counsel is also in receipt of multiple audio recordings. Petitioner's petition will be fact dependent and counsel requires more time to make as-applied challenges to his detention.

Undersigned counsel and counsel for Respondents, AUSA Russell Webb, have conferred regarding the need for an extension of time to file the amended petition and agree on the proposed extension of four days. This request is not sought for the purpose of delay but in the interest of justice and the interest of the Petitioner.

---

[1] ECF No. 4.

[2] ECF No. 3.

[3] ECF No. 7.

[4] ECF No. 3 at 2.

Dated September 28, 2026.

Respectfully submitted,

Sigal Chattah
Acting United States Attorney

/s/ *Russell Webb*
Russell Webb
Assistant United States Attorney

Rene L. Valladares
Federal Public Defender

*/s/ Ashlyn Saenz-Ochoa*
Ashlyn Saenz-Ochoa
Assistant Federal Public Defender

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: October 1, 2026